1  Seth L. Hanson (SBN 217027)
   **Law Office of Seth L. Hanson**
2  919 Reserve Drive, Suite 118
   Roseville, CA 95678
3  (916) 780-7005
   (877) 894-0551 Fax
4

5  Attorney for Debtors

6

7

8  **United States Bankruptcy Court**

   **Eastern District of California – Sacramento Division**

9  –o0o–

10

| In re: | Case No. 2013-28101 |
|---|---|
| Gregory Masami Kitamura, et al., | DC No.: SLH-1 |
| Debtors. | Chapter 13 |
| | Date:   August 5, 2013 |
| | Time:   1:30 p.m. |
| | Dept.:  A |

16  **DECLARATION OF GREGORY KITAMURA IN SUPPORT OF MOTION TO VALUE**

17  **COLLATERAL OF SUNTRUST BANK**

18      1.      I, Gregory Kitamura, declare as follows:

19      2.      My wife and I are the debtors in the case herein.

20      3.      My wife and I own the real property located at 5415 Dutch Iris Ct, Elk Grove, CA.

21      4.      I value the collateral attributable to SunTrust Bank's junior mortgage at $0.00 with

22  the balance of the loan to be treated as a general unsecured, Class 7 claim.

23      5.      Against the property is a first deed of trust with Nationstar Mortgage in the

24  approximate amount of $394,783.00.

25      6.      Against the property is a second deed of trust with SunTrust Bank in the

26  approximate amount of $131,215.00.  As of the date of the filing of this motion, SunTrust Bank

27  has not filed a proof of claim.

28      7.      I value this property at $330,761.00 based on my personal knowledge, my

- 1 -

observations of properties for sale in the neighborhood, and properties that have sold in the neighborhood

8.    The total amount of unavoidable liens on the real property is approximately $394,783.00.    After deducting these unavoidable liens from the value of the property ($330,761.00 - $394,783.00 = -$64,022.00), there is insufficient equity in the property to secure the second deed of trust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July ___3___, 2012 at Elk Grove, California.

GREGORY MASAMI KITAMURA
Declarant